UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

David Annunziato
on behalf of himself and all others similarly situated,                No. 12-CV 3609
                                                                                                          (ADS)(AKT)
       Plaintiff,

            -against –

Collecto, Inc.

       Defendant.

---

## NOTICE OF MOTION

     Please take notice that the Plaintiff and the Class in this matter on the basis of the supporting papers accompanying this notice shall move this Court for Summary Judgment as further detailed in the accompanying Memorandum of Law.


Dated: West Islip, NY               THE PLAINTIFF
       November 16, 2015          Joseph Mauro, Esq.
                                                  The Law Office of Joseph Mauro, LLC
                                                  306 McCall Ave.
                                                  West Islip, NY 11795
                                                  (631) 669-0921

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

_____

David Annunziato
on behalf of himself and all others similarly situated,  No. 12-CV 3609
 (ADS)(AKT)
      Plaintiff,

              -against –

Collecto, Inc.

      Defendant.
_____

## Motion for Summary Judgment

    Plaintiff and the Class hereby move the Court to for Summary Judgment as further described in the Memorandum of Law accompanying this motion.

Dated: West Islip, NY          THE PLAINTIFF
      November 16, 2015      Joseph Mauro, Esq.
                                    The Law Office of Joseph Mauro, LLC
                                    306 McCall Ave.
                                    West Islip, NY 11795
                                    (631) 669-0921