# EXHIBIT C




EOS CCA
700 LONGWATER DRIVE
NORWELL, MA 02061

Toll Free : 1-800-368-5417
Phone Number: 1-781-753-4102

May 16, 2012

**Office Hours:**
Monday - Thursday:   8:00 AM - 9:00 PM ET
Friday:              8:00 AM - 5:00 PM ET
Saturday:            8:00 AM - 12:00 PM ET

## COLLECTION PLACEMENT REMINDER

RE:
Your Account with our Client: **NEW YORK INSTITUTE OF TECHNOLOGY**
Client Reference #: **0078842**
Agency Account #: **48128713**
Original Creditor, if different from Client:

| | |
|---|---|
| Principal: | $ 3226.50 |
| Interest: | $ 0.00 |
| Fees/Coll Costs: | $ 1382.79 |
| Other Accounts: | $ 0.00 |
| **Total Due:** | **$ 4609.29** |

As a result of your continued failure to address the above referenced account, we have informed our client that you have not paid this debt nor made arrangements to pay. Please be advised that our client has the right to take further steps to collect this account.

If you cannot pay this account in full, please call to discuss a payment arrangement today.

If mailing your payment, please detach the coupon below and include with your payment in the enclosed envelope. Please complete the reverse side of the coupon if you wish to pay your bill with your credit card by mail.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

New York City Department of Consumer Affairs License Number 0960830.

**PHONE OR WEB PAYMENT**
To make an automated payment via your touch tone phone, please call 877-365-9900, or to make a secure on-line payment via the web, please visit eoscca.solvemydebt.com. When prompted, please enter your account number and security code as provided below.

Account Number: **48128713**           Security Code: **078842**

DEF-48128713-1-051612-302-00780-3      ✂ Detach Bottom Portion And Return With Payment ✂

---

EOS CCA
PO BOX 169
NORWELL, MA 02061-0169
FORWARD SERVICE REQUESTED

| Account # : | Client Reference # : | Total Due : |
|---|---|---|
| 48128713 | 0078842 | $4609.29 |
| Client : NEW YORK INSTITUTE OF TECHNOLOGY | | |

PERSONAL & CONFIDENTIAL
DEF-48128713-3-051612-302-00780-3

**MAIL ALL PAYMENTS AND CORRESPONDENCE TO:**

***********AUTO**MIXED AADC 530
David M Annunziato
5 LUCERNE DR
WEST BABYLON NY  11704-8113

EOS CCA
PO BOX 169
NORWELL, MA 02061-0169