EXHIBIT F

EOS Holdings (USA), Inc.
and Subsidiary
(a wholly owned subsidiary of
EOS International Beteiligungs-
Verwaltungsgesellschaft mbH)

Consolidated Financial Statements
(and supplemental material)
Years Ended February 28, 2014 and 2013

The report accompanying these financial statements was issued by
BDO USA, LLP, a Delaware limited liability partnership and the U.S. member of
BDO International Limited, a UK company limited by guarantee.



CONFIDENTIAL - PROTECTIVE ORDER

# EOS Holdings (USA), Inc. and Subsidiary
# (a wholly owned subsidiary of EOS International
# Beteiligungs-Verwaltungsgesellschaft mbH)

Consolidated Financial Statements
(and supplemental material)
Years Ended February 28, 2014 and 2013

CONFIDENTIAL - PROTECTIVE ORDER

# EOS Holdings (USA), Inc. and Subsidiary
## (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

## Contents

| | |
|---|---|
| Independent Auditor's Report | 3 |
| **Financial Statements** | |
| Balance Sheets | 5 |
| Statements of Income and Retained Earnings (Deficit) | 6 |
| Statements of Cash Flows | 7 |
| Notes to Financial Statements | 8-22 |
| **Supplementary Information** | |
| Independent Auditors' Report on Supplementary Information | 24 |
| Consolidating Balance Sheet | 25 |
| Consolidating Statement of Income | 26 |

CONFIDENTIAL - PROTECTIVE ORDER

BDO

Tel: 617-422-0700
Fax: 617-422-0909
www.bdo.com

Two International Place
Boston, MA 02110-1745

# Independent Auditor's Report

Board of Directors
EOS Holdings (USA), Inc.
Norwell, Massachusetts

We have audited the accompanying consolidated financial statements of EOS Holdings (USA), Inc. and its subsidiary, which comprise the consolidated balance sheets as of February 28, 2014 and 2013, and the related consolidated statements of income and retained earnings (deficit) and cash flows for the years then ended, and the related notes to the consolidated financial statements.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditor's Responsibility*

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### *Opinion*

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of EOS Holdings (USA), Inc. and its subsidiary as of February 28, 2014 and 2013, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

BDO USA, LLP

June 30, 2014

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

CONFIDENTIAL - PROTECTIVE ORDER

## Consolidated Financial Statements

CONFIDENTIAL - PROTECTIVE ORDER

Case 2:12-cv-03609-ADS-AKT   Document 87-8   Filed 11/16/15   Page 7 of 28 PageID #: 888

# EOS Holdings (USA), Inc. and Subsidiary
## (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Consolidated Balance Sheets

| February 28, | | 2014 | | 2013 |
|---|---|---|---|---|
| **Assets (Note 7)** | | | | |
| Cash and Cash Equivalents (Note 10) | $ | 11,347,478 | $ | 8,096,990 |
| Accounts Receivable, less allowance for doubtful accounts of | | | | |
| $900,000 and $516,000 (Note 14) | | 6,649,462 | | 8,796,204 |
| Unbilled Receivables | | 2,330,782 | | 3,374,937 |
| Investments in Receivable Portfolios, net (Note 4) | | 18,071,163 | | 31,236,318 |
| Prepaid Expenses and Other Assets | | 1,533,785 | | 1,366,634 |
| Affiliate Receivables (Note 6) | | 3,177,999 | | 1,853,426 |
| Affiliate Loan Receivable (Note 6) | | 2,000,000 | | 2,500,000 |
| Deferred Tax Assets | | 432,057 | | - |
| Property and Equipment, net (Notes 3 and 11) | | 2,780,012 | | 3,047,613 |
| Intangible Assets, net (Note 5) | | 4,047,939 | | 4,883,715 |
| Goodwill (Note 5) | | 32,706,493 | | 32,706,493 |
| **Total Assets** | $ | 85,077,170 | $ | 97,862,330 |
| | | | | |
| **Liabilities and Equity** | | | | |
| Accounts Payable | $ | 2,005,010 | $ | 1,884,942 |
| Accrued Expenses (Note 8) | | 9,042,860 | | 6,283,588 |
| Affiliate Payable (Note 6) | | 544,002 | | 215,846 |
| Funds Held on Behalf of Clients (Note 10) | | 2,465,727 | | 2,625,280 |
| Deferred Tax Liability (Note 9) | | - | | 667,531 |
| Income Taxes Payable | | 2,139,037 | | 1,342,820 |
| Line of Credit (Note 7) | | - | | 377,267 |
| Capital Lease Obligations (Note 11) | | 11,345 | | 42,930 |
| Related Party Debt (Note 6) | | 42,564,821 | | 65,497,210 |
| **Total Liabilities** | | 58,772,802 | | 78,937,414 |
| Commitments and Contingencies (Notes 5, 11, 12, and 13) | | | | |
| **Equity:** | | | | |
| Common stock, $0.01 par value; authorized, issued, and | | | | |
| outstanding 1,000 shares | | 10 | | 10 |
| Additional paid-in capital | | 17,704,535 | | 18,133,590 |
| Retained earnings | | 8,599,823 | | 1,063,508 |
| **Total Equity Attributable to EOS Holdings (USA), Inc.** | | 26,304,368 | | 19,197,108 |
| Non-Controlling Interest | | - | | (272,192) |
| **Total Equity** | | 26,304,368 | | 18,924,916 |
| **Total Liabilities and Equity** | $ | 85,077,170 | $ | 97,862,330 |

*See accompanying notes to consolidated financial statements.*

5

CONFIDENTIAL - PROTECTIVE ORDER

## EOS Holdings (USA), Inc. and Subsidiary
### (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Consolidated Statements of Income and Retained Earnings (Deficit)

| Years ended February 28, | 2014 | 2013 |
|---|---:|---:|
| Revenue (Notes 4 and 15) | $101,996,387 | $ 80,910,696 |
| Cost of Revenue (Note 6) | 59,834,261 | 52,443,694 |
| Gross profit | 42,162,126 | 28,467,002 |
| Selling, General, and Administrative Expenses | 27,276,094 | 20,728,891 |
| Amortization of Intangible Assets (Note 5) | 835,776 | 1,035,247 |
| Operating income | 14,050,256 | 6,702,864 |
| Interest Expense, net (Note 6) | (1,768,588) | (1,874,627) |
| Other Income | 259,313 | 288,030 |
| Income Before Income Taxes | 12,540,981 | 5,116,267 |
| Income Tax Expense (Note 9) | 5,004,666 | 2,108,910 |
| Net Income | 7,536,315 | 3,007,357 |
| Less: Net Loss Attributable to Non-Controlling Interest | - | (10,442) |
| Net Income Attributable to EOS Holdings (USA), Inc. | 7,536,315 | 3,017,799 |
| Retained Earnings (Deficit) at Beginning of Year | 1,063,508 | (1,954,291) |
| Retained Earnings End of Year | $   8,599,823 | $   1,063,508 |

*See accompanying notes to consolidated financial statements.*

6

CONFIDENTIAL - PROTECTIVE ORDER

# EOS Holdings (USA), Inc. and Subsidiary
## (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Consolidated Statements of Cash Flows

| Years ended February 28, | 2014 | 2013 |
|---|---|---|
| **Cash Flow From Operating Activities:** | | |
| Net Income | $ 7,536,315 | $ 3,007,357 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 2,075,586 | 2,100,739 |
| Reversal of prior impairment charges to investments in receivable portfolios | - | (38,553) |
| Non-cash interest expense | 11,217 | - |
| Deferred tax assets/liabilities | (1,099,588) | (433,591) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 2,146,742 | (1,501,462) |
| Unbilled receivables | 1,044,155 | 43,987 |
| Prepaid expenses and other assets | (167,151) | (384,748) |
| Accounts payable | 120,068 | 862,492 |
| Accrued expenses | 2,591,192 | 1,005,556 |
| Due to/from affiliates | (996,417) | (521,295) |
| Funds held on behalf of clients | (159,553) | 208,743 |
| Income taxes payable | 796,217 | 1,164,006 |
| Net cash provided by operating activities | 13,898,783 | 5,513,231 |
| | | |
| **Cash Flow From Investing Activities:** | | |
| Purchases of property and equipment, net | (972,209) | (1,656,810) |
| Purchase of investments in receivable portfolios | - | (35,379,335) |
| Loan to affiliate | - | (500,000) |
| Payment on loan to affiliate | 500,000 | 5,417,797 |
| Decreases in basis of investment receivable portfolios due to accretion of revenue, net of collections applied | 13,165,155 | - |
| Net cash provided by (used in) investing activities | 12,692,946 | (32,118,348) |
| | | |
| **Cash Flows From Financing Activities:** | | |
| Borrowing (repayments) on line of credit | (377,267) | 377,267 |
| Principle repayments on capital lease | (31,585) | (21,742) |
| Borrowings from related parties | 133,779 | 36,470,348 |
| Repayments to related parties | (23,066,168) | (10,214,925) |
| Net cash provided by (used in) financing activities | (23,341,241) | 26,610,948 |
| | | |
| Net Increase in Cash and Cash Equivalents | 3,250,488 | 5,831 |
| Cash and Cash Equivalents, end of year | 8,096,990 | 8,091,159 |
| Cash and Cash Equivalents, end of year | $ 11,347,478 | $ 8,096,990 |
| | | |
| **Supplemental Disclosure of Cash Flow Information:** | | |
| Cash paid for: | | |
| Interest | $ 1,130,113 | $ 1,807,719 |
| Income taxes | $ 3,859,175 | $ 1,396,190 |

*See accompanying notes to consolidated financial statements.*

7

CONFIDENTIAL - PROTECTIVE ORDER

## EOS Holdings (USA), Inc. and Subsidiary
### (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Notes to Consolidated Financial Statements

### 1. Nature of Business

EOS Holdings (USA), Inc. (the "Company") was incorporated in January 2001. It is a wholly owned subsidiary of EOS International Beteiligungsgesellschaft mbH ("EOS International" or the "Parent") (formerly DID-Beteiligungs-Verwaltungsgesellschaft mbH). On February 2, 2001, EOS Holdings (USA), Inc. acquired Collecto, Inc.

The Company provides receivable management services and debt collection services at a national level primarily to education, telecommunications, banking, healthcare, and major retail clients. The Company also purchases and manages past due consumer accounts receivable from consumer creditors such as retail merchants, and other consumer-oriented companies, through one of its wholly owned subsidiaries. During the year the Company operated six regional centers, doing business as EOS CCA: Norwell and Brockton, Massachusetts; Denver, Colorado; Chicago, Illinois; Dallas, Texas; and Rochester, New York. Additionally, Collecto, Inc. owns five wholly owned subsidiaries, ACA Healthcare Management Services, Inc., AffordaCare, Inc., Receivable Resources, Inc., True North AR, LLC and US Asset Management, Inc.

The Company has significant debt with related parties including the Parent. The Parent has confirmed, in a letter of support, its commitment to provide continued support to the Company as the Company's debt obligations become due. Additionally, the Parent has confirmed that it has the financial ability to support the Company.

### 2. Summary of Significant Accounting Policies

*Principles of Consolidation*

The accompanying consolidated financial statements have been prepared on the accrual basis of accounting and include the financial statements of the Company and its wholly owned subsidiary. All significant intercompany balances and transactions have been eliminated in consolidation.

The Company follows "Noncontrolling Interests in Consolidated Financial Statements" ("ASC 810-10-65-1") for the accounting, reporting and disclosure of noncontrolling interests. The guidance requires that noncontrolling interest, previously known as minority interest, be clearly identified, labeled, and presented in the consolidated financial statements separate from the parent's equity; the amount of consolidated net income attributable to the parent and to the noncontrolling interest be clearly identified and presented in the consolidated statement of operations; changes in a parent's ownership interest while the parent retains its controlling financial interest in its subsidiary be accounted for consistently; and any retained noncontrolling equity investment in a former subsidiary be initially measured at fair value.

*Use of Estimates*

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Management has made significant estimates with respect to the rate of return established to recognize accretion of revenue on its receivable portfolios. In connection with these estimates, management has made significant estimates with respect to the timing and amount of collections of future cash flows from the receivable portfolios owned.

8

CONFIDENTIAL - PROTECTIVE ORDER

**EOS Holdings (USA), Inc. and Subsidiary**
**(a wholly owned subsidiary of EOS International**
**Beteiligungs-Verwaltungsgesellschaft mbH)**

## Notes to Consolidated Financial Statements

The Company estimates the remaining cash flows from its receivable portfolios, considering known data about the Company's customers' accounts, including, among other things, the Company's collection experience, and changes in external customer factors, in addition to all data known when it acquired the accounts.

### Cash Equivalents

The Company considers all highly liquid investments purchased with an original maturity of three months or less to be cash equivalents.

### Concentration of Credit Risk

Financial instruments that potentially expose the Company to concentration of credit risk consist primarily of cash and cash equivalents and accounts receivable.  Cash and cash equivalents are maintained at major financial institutions and, at times, balances may exceed federally insured limits.

### Property and Equipment

Property and equipment, including leasehold improvements, are stated at cost or their approximate fair values if obtained through acquisitions.  Depreciation and amortization are computed using the straight-line method over the estimated useful lives of the assets, which range from three to eight years.  Leasehold improvements are amortized using the straight-line method over the estimated useful life of the asset or the term of the lease, whichever is shorter.

Maintenance and repairs are expensed when incurred.  Significant renewals and betterments are capitalized in accordance with the Company's capitalization policy.

### Goodwill and Other Intangible Assets

The Company follows ASC 350, "Goodwill and Other Intangible Assets."  ASC 350 requires that companies test goodwill for impairment at least annually.  In addition, ASC 350 requires that the Company identify reporting units for the purposes of assessing potential future impairments of goodwill.

### Impairment of Long-Lived Assets

The Company periodically evaluates the recoverability of its long-lived assets in accordance with ASC 360 "Property, Plant and Equipment".  In accordance with ASC 360, long-lived assets, such as property and equipment and purchased intangibles subject to amortization are reviewed for impairment whenever events or changes in circumstance indicate that the carrying amount of the asset may not be recoverable.  Recoverability of assets to be held and used is measured by a comparison of the carrying amount of the asset to the estimated undiscounted future cash flows expected to be generated by the asset.  If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized by the amount by which the carrying amount of the asset exceeds the fair value of the asset.

### Revenue Recognition

The Company generates revenues from contingent fees, contractual services and collections on investments in accounts receivable portfolios.  Contingent fee revenue is recognized upon collection of funds on behalf of clients.  Contractual services revenue is recognized as services are performed and accepted by the client.

9

CONFIDENTIAL - PROTECTIVE ORDER

## EOS Holdings (USA), Inc. and Subsidiary
## (a wholly owned subsidiary of EOS International
## Beteiligungs-Verwaltungsgesellschaft mbH)

### Notes to Consolidated Financial Statements

The Company has two types of arrangements under which it collects its contingent fee revenue. For certain clients, the Company remits funds collected on behalf of the client, net of the related contingent fees while, for other clients, the Company remits gross funds collected on behalf of clients and bills the client separately for its contingent fees. Management carefully monitors its client relationships in order to minimize its credit risk and generally does not require collateral. In many cases, in the event of collection delays from clients, management may, at its discretion, change from the gross remittance method to the net remittance method.

*Investment in Receivables Portfolios*

The Company accounts for its investment in receivable portfolios in accordance with the provisions of ASC Topic 310 *"Receivables" subtopic 30 "Loans and Debt Securities Acquired with Deteriorated Credit Quality"* ("ASC 310-30"). ASC 310-30 addresses accounting for differences between initial estimated cash flows expected to be collected from purchased receivables and subsequent changes to those estimated cash flows. ASC 310-30 limits the revenue that may be accreted, (also known as accretable yield), to the excess of the Company's estimate of undiscounted cash flows expected to be collected over the Company's investment, or cost basis, in the respective portfolio.

The discount (i.e., the difference between the cost of each portfolio and the related aggregate contractual receivable balance) is not recorded because the Company expects to collect a relatively small percentage of each portfolio's contractual receivable balance. As a result, receivable portfolios are recorded at cost at the time of acquisition.

In compliance with ASC 310-30, the Company accounts for its investments in consumer receivable portfolios, using either the interest method or the cost recovery method. The interest method applies an effective interest rate, or internal rate of return ("IRR") to the cost basis of the portfolio, which is to remain level, or unchanged throughout the life of the portfolio unless there is an increase in subsequent expected cash flows. Subsequent increases in cash flows expected to be collected generally are recognized prospectively through an upward adjustment of the portfolio's effective interest rate over its remaining life. Subsequent decreases in expected cash flows do not change the effective interest rate, but are recognized as an impairment of the cost basis of the portfolio, and are reflected in the consolidated statements of income as a reduction in revenue with a corresponding valuation allowance offsetting the investment in receivable portfolios in the consolidated balance sheets.

The Company accounts for each portfolio as a unit for the economic life of the portfolio for recognition of revenue from receivable portfolios, for collections applied to the cost basis of receivable portfolios and for provision for loss or impairment. Revenue from receivable portfolios is accrued based on each pool's effective interest rate applied to each pool's adjusted cost basis. The cost basis of each portfolio is increased by revenue earned and decreased by gross collections and impairments.

If the amount and timing of future cash collections on a pool of receivables are not reasonably estimable, the Company accounts for such portfolios on the cost recovery method ("Cost Recovery Portfolios"). The Company has three such portfolios in which the accounts do not have the necessary information available to estimate future cash flows.

*Trade Accounts Receivable*

Trade accounts receivable are recorded at the invoiced amount and do not bear interest. The allowance for doubtful accounts is the Company's best estimate of the amount of credit losses in the Company's existing accounts receivable.  The Company determines the allowance based on

10

**EOS Holdings (USA), Inc. and Subsidiary**
**(a wholly owned subsidiary of EOS International**
**Beteiligungs-Verwaltungsgesellschaft mbH)**

## Notes to Consolidated Financial Statements

historical write-off experience and by customer specific data. The Company reviews its allowance for doubtful accounts regularly. Account balances are charged off against the allowance after all means of collection have been exhausted and the potential recovery is considered remote. The Company does not have any off-balance-sheet credit exposure related to its customers.

Unbilled accounts receivable arise from the timing difference between collection on accounts on behalf of the Company's customers and when fees related to such services are invoiced.

Based on the information available, the allowance for doubtful accounts as of February 28, 2014 is considered adequate. However, actual write-offs might exceed the recorded allowance.

*Income Taxes*

The Company accounts for income taxes in accordance with ASC 740-10. This statement requires an asset and liability approach to accounting for income taxes based upon the future expected values of the related assets and liabilities. Deferred taxes on income are provided for items which are recognized in different years for tax and financial reporting purposes. Income taxes in connection with the Company's foreign operations are accounted for under reporting methods applicable for each jurisdiction.

ASC 740-10-25 specifies how tax benefits for uncertain tax positions are to be recognized, measured, and recorded in financial statements; requires certain disclosures of uncertain tax matters; specifies how reserves for uncertain tax positions should be classified on the statement of financial position; and provides transition and interim period guidance, among other provisions.

## 3. Property and Equipment

Property and equipment consist of the following:

| February 28, | 2014 | 2013 |
|---|---|---|
| Office equipment | $    2,483,771 | $    2,448,945 |
| Furniture and fixtures | 2,570,625 | 2,428,787 |
| Computer equipment and software | 8,419,626 | 7,744,719 |
| Leasehold improvements | 1,102,704 | 1,050,113 |
| | 14,576,726 | 13,672,564 |
| Less accumulated depreciation and amortization | 11,796,714 | 10,624,951 |
| | $    2,780,012 | $    3,047,613 |

Depreciation expense for the years ended February 28, 2014 and 2013 was $1,239,810 and $1,065,492, respectively.

## 4. Investment in Receivable Portfolios

The Company purchases defaulted consumer accounts receivable at a discount from the contractual principal balance.

If the amount and timing of future cash collections on a portfolio are not reasonably estimimable, the Company accounts for such portfolios on the cost recovery method ("Cost Recovery

11

CONFIDENTIAL - PROTECTIVE ORDER

**EOS Holdings (USA), Inc. and Subsidiary
(a wholly owned subsidiary of EOS International
Beteiligungs-Verwaltungsgesellschaft mbH)**

## Notes to Consolidated Financial Statements

Portfolios"). No revenue is accreted on Cost Recovery Portfolios. All collections are applied 100% to recover the cost basis of the portfolio and thereafter are recognized as revenue. As of February 28, 2014 and 2013, portfolios with a book value of approximately $26,900 and $27,900, respectively, were accounted for using the cost recovery method.

The remaining receivable portfolio investments of the Company are accounted for using the interest method. Accretable yield represents the amount of revenue the Company expects to generate over the remaining life of its existing investment in receivable portfolios based on estimated future cash flows.

The Company records the provision for impairment losses related to the investment portfolios through their valuation allowance. The following table summarizes the change in the valuation allowance for investments in receivable portfolios during the years ended February 28, 2014 and 2013:

|  | Valuation Allowance |
|---|---|
| Balance at February 29, 2012 | $  12,244,000 |
| Reversal of prior allowance | (38,553) |
| Balance at February 28, 2013 | 12,205,447 |
| Reversal of prior allowance | - |
| Balance at February 28, 2014 | $  12,205,447 |

During the year ended February 28, 2013, the Company purchased a receivable portfolio with a face value of approximately $2,343,000,000 for $35,379,335, or a purchase cost of 1.51% of face value. The estimated future collections at acquisition for these portfolios amounted to $65,309,000.

The purchase and sale agreements for the Company's largest portfolio purchases contain provisions that place certain restrictions on all or part of the accounts that make up the respective portfolio.

*The remainder of this page intentionally left blank.*

12

CONFIDENTIAL - PROTECTIVE ORDER

EOS Holdings (USA), Inc. and Subsidiary
(a wholly owned subsidiary of EOS International
Beteiligungs-Verwaltungsgesellschaft mbH)

### Notes to Consolidated Financial Statements

The following tables summarize the changes in the balance of the investments in receivable portfolios:

| Year ended February 28, 2014 | | Accrual Basis Portfolios | | Cost Recovery Portfolios | | Total |
|---|---|---|---|---|---|---|
| Balance, beginning of year | $ | 31,208,403 | $ | 27,915 | $ | 31,236,318 |
| Gross collections | | (27,930,797) | | (973) | | (27,931,770) |
| Revenue recognized | | 14,766,615 | | - | | 14,766,615 |
| Balance, end of year | $ | 18,044,221 | $ | 26,942 | $ | 18,071,163 |

| Year ended February 28, 2013 | | Accrual Basis Portfolios | | Cost Recovery Portfolios | | Total |
|---|---|---|---|---|---|---|
| Balance, beginning of year | $ | 1,201,656 | $ | 34,571 | $ | 1,236,227 |
| Additions | | 35,379,335 | | - | | 35,379,335 |
| Gross collections | | (14,972,583) | | (24,916) | | (14,997,499) |
| Revenue recognized | | 9,561,442 | | 18,260 | | 9,579,702 |
| Reversal of prior impairment | | 38,553 | | - | | 38,553 |
| Balance, end of year | $ | 31,208,403 | $ | 27,915 | $ | 31,236,318 |

## 5. Goodwill and Intangible Assets

### Goodwill

The Company reported goodwill of $32,706,493 at February 28, 2014 and 2013, respectively. In accordance with the provisions of ASC 350-30, the Company tests goodwill and indefinite lived intangible assets for impairment annually. The annual impairment review did not require the Company to recognize an impairment loss during fiscal 2014.

*The remainder of this page intentionally left blank.*

13

CONFIDENTIAL - PROTECTIVE ORDER

# EOS Holdings (USA), Inc. and Subsidiary
# (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

## Notes to Consolidated Financial Statements

*Intangible Assets*

Intangible assets consist of the following by asset type:

| *For the year ended February 28, 2014* | Gross Carrying Amount | Accumulated Amortization | Net Carrying Value | Original Useful Life |
|---|---|---|---|---|
| Customer relationships: | | | | |
| ACA Healthcare Management Services, Inc. | $ 1,000,000 | $ (1,000,000) | $ - | 10 years |
| Rochester Credit Center, Inc. | 1,098,616 | (576,765) | 521,851 | 10 years |
| True North AR, LLC | 4,359,010 | (2,610,220) | 1,748,790 | 10 years |
| Total customer relationships | 6,457,262 | (4,186,985) | 2,270,641 | |
| Trade names: | | | | |
| Collecto, Inc. | 1,622,083 | - | 1,622,083 | Indefinite |
| True North AR, LLC | 198,745 | (152,366) | 46,379 | 5 years |
| Total trade names | 1,820,828 | (152,366) | 1,668,462 | |
| Covenant not to compete: | | | | |
| True North AR, LLC | 466,607 | (357,771) | 108,836 | 5 years |
| **Total Intangible Assets** | $ 8,745,061 | $ (4,697,122) | $ 4,047,939 | |

| *For the year ended February 28, 2013* | Gross Carrying Amount | Accumulated Amortization | Net Carrying Value | Original Useful Life |
|---|---|---|---|---|
| Customer relationships: | | | | |
| ACA Healthcare Management Services, Inc. | $ 1,000,000 | $ (1,000,000) | $ - | 10 years |
| Rochester Credit Center, Inc. | 1,098,616 | (466,905) | 631,711 | 10 years |
| True North AR, LLC | 4,359,010 | (2,017,372) | 2,341,638 | 10 years |
| Total customer relationships | 6,457,626 | (3,484,277) | 2,973,349 | |
| Trade names: | | | | |
| Collecto, Inc. | 1,622,083 | - | 1,622,083 | Indefinite |
| True North AR, LLC | 198,745 | (112,622) | 86,123 | 5 years |
| Total trade names | 1,820,828 | (112,622) | 1,708,206 | |
| Covenant not to compete: | | | | |
| True North AR, LLC | 466,607 | (264,447) | 202,160 | 5 years |
| **Total Intangible Assets** | $ 8,745,061 | $ (3,861,346) | $ 4,883,715 | |

Customer relationships are being amortized on either a straight-line or accelerated basis, approximating the related forecast cash flows. The True North AR, LLC trade name and covenant not to compete are being amortized on a straight-line basis over 5 years which approximates their useful lives.

CONFIDENTIAL - PROTECTIVE ORDER

EOS Holdings (USA), Inc. and Subsidiary
(a wholly owned subsidiary of EOS International
Beteiligungs-Verwaltungsgesellschaft mbH)

Notes to Consolidated Financial Statements

As of February 28, 2014, the following is a schedule of future amortization of the intangible assets:

| Fiscal years ending February 28, | | Amount |
|---|---|---|
| 2015 | $ | 743,290 |
| 2016 | | 526,750 |
| 2017 | | 413,468 |
| 2018 | | 335,182 |
| 2019 | | 240,748 |
| Thereafter | | 166,418 |
| | $ | 2,425,856 |

On October 1, 2009 the Company purchased fifty-one percent of the outstanding shares of Affordacare, Inc., an Illinois corporation for $136,000 in cash. Affordacare specializes in the healthcare receivable management industry; the Company determined that the combination would complement their existing healthcare business. A current board member of the Company purchased twenty-four percent.

Included in the Stock Purchase Agreement is a put option by which either or both of the non-controlling shareholders can require the Company to purchase all but not less than all of their shares in AffordaCare, Inc. The option must be exercised within 30 days of the Company's 2012, 2013 or 2014 fiscal year-end's. If at the end of the fiscal year 2014 these options have not been exercised the Company is obligated to call the non-controlling shareholders' shares. The purchase price shall be determined by multiplying the average of the three previous years' earnings before taxes by a multiple as defined in the Stock Purchase Agreement.

The Company has determined the fair value of the put option and call obligation by discounting the estimated payment as calculated per the Stock Purchase Agreement. The fair value of the option is reported as a liability on the consolidated balance sheet.

During fiscal 2013, the Company bought the existing owners 25% share for $5,000. During fiscal 2014, the Company and the second non-controlling shareholder entered into an addendum to the Stock Purchase Agreement which modified the purchase price calculation to be based on a multiple of the two most recent years' earnings before taxes as well as that budgeted for fiscal 2015. Effective February 28, 2014, the Company purchased the remaining 24% share for $168,080 which was accrued as year-end. As a result of Affordacare, Inc. becoming a wholly-owned subsidiary and due to the fact that the Company had control prior to this transaction, the purchase price paid and historical non-controlling interest were accounted for as adjustments to additional paid-in capital on the consolidated balance sheet.

Based on the Company's ownership percentage, 76% and 100% as of February 28, 2013 and February 28, 2014, respectively, and the fact that the Company can exert significant influence over Affordacare, Inc. the Company has consolidated Affordacare, Inc. since the date of acquisition.

15

CONFIDENTIAL - PROTECTIVE ORDER

## EOS Holdings (USA), Inc. and Subsidiary
### (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

**Notes to Consolidated Financial Statements**

### 6. Related Party Transactions

The Company has affiliate receivables and payables with affiliated companies and other consolidated subsidiaries. Eliminated balances of the Company consist of revenues related to collection services performed on behalf of one subsidiary for another. Payroll and other operating expenses are allocated among the subsidiaries of the Company. As of February 28, 2013, the Company had receivables of $1,853,426 and payables of $215,846 due from/to affiliated parties. As of February 28, 2014, the Company had receivables of $3,177,999 and payables of $544,002 due from/to affiliated parties.

There were no recorded revenues reported by the Company related to transactions with the Parent. The Company did record expenses of approximately $97,000 and $97,000 for the years ended February 28, 2014 and 2013, respectively, for marketing services provided by the Parent.

The Company has various long-term debts with related parties. The proceeds have been used to principally fund operations and for the purchase of receivable portfolios. Balances are as follows:

| February 28, | 2014 | 2013 |
|---|---|---|
| OTTO FINANCE LUXEMBOURG AG | $  3,500,000 | $  9,100,000 |
| EOS Holding GmbH | 39,064,821 | 56,397,210 |
| | $ 42,564,821 | $ 65,497,210 |

The Company has two loans with OTTO FINANCE LUXEMBOURG AG. The first loan is uncollateralized and bears interest of 3.5% per annum. The loan entered into on May 27, 2011 was in the amount of $4,700,000 and was to fund the earn out liability related to the True North acquisition. The initial principal payment of $1,600,000 was paid on May 29, 2012 a second annual payment of $1,600,000 was paid on May 28, 2013 and the final payment of $1,500,000 due on May 27, 2014. As of February 28, 2014, $1,500,000 was outstanding related to this loan agreement.

The second loan, in the amount of $2,000,000 was entered into on November 3, 2011 and was to be used to help a related entity with an acquisition and working capital needs. The loan bears interest of 4.65% per annum. Semi-annual interest payments are due on May and November 3rd beginning in 2012 and continue through November 3, 2014 at which time the full principal balance is also due.

The Company has six loans with EOS Holding GmbH the international holding company of the Parent. The first loan is the Long-Term Loan Agreement which bore interest of 1.25% per annum as of February 28, 2014, payable on the last day of February annually. The lender has the right to adjust the interest rate on a yearly basis. The loan is payable in full on February 28, 2017. The lender has the right to recall the loan if there is a change in control of Company. As of February 28, 2014, $15,351,187 was outstanding related to the Long-Term Loan Agreement.

The second loan is the New Long Term Loan Agreement which bears a fixed interest rate of 4.4% per annum. The loan is to be repaid in one payment on October 28, 2015. All interest is due on the loan maturity date. The lender has the right to recall the loan at any time. As of February 28, 2014, $2,000,000 was outstanding related to the New Long Term Loan Agreement.

The third loan is the Working Capital Loan which bears a fixed interest rate of 4.78% per annum. The loan is to be repaid in one payment on April 30, 2015. All outstanding interest and principal is

CONFIDENTIAL - PROTECTIVE ORDER

**EOS Holdings (USA), Inc. and Subsidiary**
**(a wholly owned subsidiary of EOS International**
**Beteiligungs-Verwaltungsgesellschaft mbH)**

### Notes to Consolidated Financial Statements

due and payable on its maturity date. The lender has the right to recall the loan at any time. As of February 28, 2014, $3,300,000 was outstanding related to the Working Capital Loan.

The fourth loan is a long term agreement which bears a fixed interest rate of 4.65% per annum. All accrued interest and principal is due and payable on May 27, 2014, the loan's maturity date. The lender has the right to recall the loan at any time. As of February 28, 2014, $1,600,000 was outstanding related to the loan.

The fifth loan was entered into on August 20, 2012 in the amount of $35,379,335. The loan proceeds were used to purchase a debt portfolio. Loan payments are due monthly beginning in October 2012 for the first twenty one months followed by 13 quarterly payments. The final loan payment is due on September 20, 2017. Loan payments vary from a high of $1.9 million and decrease to a minimum of $260,000. The loan interest also varies from one payment until the next, beginning at 3.85% until the first payment is due and grows to 4.63% for the last payment. As of February 28, 2014, $15,079,855 was outstanding related to this loan.

The sixth loan is a short term loan agreement which bears a fixed interest rate of 2.60% per annum. All accrued interest and principal is due and payable on July 29, 2014, the loan's maturity date. The lender has the right to recall the loan at any time. As of February 28, 2014, $1,733,779 was outstanding related to the loan.

Accrued interest for all loans is reported in accrued expenses on the consolidated balance sheet (see Note 8).

Related party debt maturities at February 28, 2014 are as follows:

| Years ending February 28, | Amount |
|---|---|
| 2015 | $ 13,623,779 |
| 2016 | 9,910,000 |
| 2017 | 17,941,187 |
| 2018 | 1,089,855 |
| | $ 42,564,821 |

The balance of all loans including accrued interest at February 28, 2014 was $43,387,052. None of the loans are subject to any financial covenants. Related party interest expense was approximately $1,367,000 and $1,848,000 for the years ended February 28, 2014 2013, respectively.

On November 4, 2011, the Company loaned $2,000,000 to a related entity to be used for an acquisition and working capital needs. The loan has an interest rate of 4.65% per annum and is due in full in one installment with all accrued interest on November 3, 2014. On September 1, 2012, the Company amended the loan by loaning the related entity an additional $500,000. All terms of the loan remain the same. Related party interest income was approximately $106,000 and $105,000 for the years ended February 28, 2014 and 2013, respectively.

17

CONFIDENTIAL - PROTECTIVE ORDER

EOS Holdings (USA), Inc. and Subsidiary
(a wholly owned subsidiary of EOS International
Beteiligungs-Verwaltungsgesellschaft mbH)

## Notes to Consolidated Financial Statements

### 7. Line of Credit

The Company's subsidiary, Collecto, Inc. ("Subsidiary") has a Commercial Demand Note and Security Agreement with a bank (the "Loan"). Under the Loan, the Company can borrow up to $3,000,000. The Loan bears interest at the LIBOR Advantage Rate plus 1.5% (1.66% at February 28, 2014). As of February 28, 2014 and 2013 outstanding borrowings under the Loan were $0 and $377,267, respectively. The Loan can be terminated by either party at any time upon notice provided there are no outstanding borrowings under the Loan. Under the Loan, the Subsidiary is required to maintain certain financial covenants. As of February 28, 2014 and 2013, the Subsidiary was in compliance with these covenants.

### 8. Accrued Expenses

Accrued expenses consist of the following:

| February 28, | 2014 | 2013 |
|---|---|---|
| Salaries and wages | $    4,607,079 | $    3,578,539 |
| Rent | 277,675 | 340,144 |
| Interest | 822,231 | 685,606 |
| Other | 3,335,875 | 1,679,299 |
| Total | $    9,042,860 | $    6,283,588 |

### 9. Income Taxes

The provision for income taxes consists of the following components:

| Years ended February 28, | 2014 | 2013 |
|---|---|---|
| Current | | |
| Federal | $    4,740,060 | $    1,911,656 |
| State | 1,294,920 | 569,509 |
| Foreign | 69,274 | 61,337 |
| Total current | 6,104,254 | 2,542,502 |
| Deferred | | |
| Federal | (942,979) | (469,451) |
| State | (156,609) | 35,859 |
| Total deferred | (1,099,588) | (433,592) |
| Income Tax Expense (Benefit) | $    5,004,666 | $    2,108,910 |

18

CONFIDENTIAL - PROTECTIVE ORDER

## EOS Holdings (USA), Inc. and Subsidiary
### (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Notes to Consolidated Financial Statements

The tax effects of temporary differences that give rise to significant portions of deferred tax assets and deferred tax liabilities is presented below:

| February 28, | 2014 | 2013 |
|---|---:|---:|
| **Deferred Tax Assets** | | |
| Net operating loss carryforwards | $        435,930 | $        311,624 |
| Allowance for doubtful accounts and other | 359,821 | 202,477 |
| Other accrued expenses | 1,462,497 | 851,936 |
| Total gross deferred tax assets | 2,258,248 | 1,366,037 |
| **Deferred Tax Liabilities** | | |
| Amortization of goodwill and intangibles | (193,556) | (1,526,404) |
| Depreciation | (1,271,962) | (276,070) |
| Total gross deferred tax liabilities | (1,465,518) | (1,802,474) |
| Net deferred tax assets (liabilities) | 792,730 | (436,437) |
| Valuation allowance | (360,673) | (231,094) |
| **Net Deferred Tax Asset (Liability)** | $        432,057 | $        (667,531) |

Income tax expense during the years ended February 28, 2014 and 2013 differed from the amount computed by applying the U.S. federal income tax rate of 34% to pretax income as a result of the following:

| Years ended February 28, | 2014 | 2013 |
|---|---:|---:|
| Federal statutory rate | 34.0% | 34.0% |
| State tax, net of federal benefit | 5.4 | 7.8 |
| Change in valuation allowance | 1.0 | 0.8 |
| Other | (0.5) | (1.4) |
| **Effective Tax Rate** | 39.9% | 41.2% |

As of February 28, 2014, the Company's net operating loss carryforwards for state income tax purposes and related expiration dates consists of the following:

| | |
|---|---:|
| Year Ended February 28, 2015 | $        18,000 |
| Year Ended February 28, 2016 | 252,000 |
| Year Ended February 29, 2017 | - |
| Year Ended February 28, 2018 | - |
| Year Ended February 28, 2019 & Beyond | 1,428,000 |
| **Total** | $    1,698,000 |

19

CONFIDENTIAL - PROTECTIVE ORDER

## EOS Holdings (USA), Inc. and Subsidiary
### (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Notes to Consolidated Financial Statements

### 10. Funds Held on Behalf of Clients

In the course of the Company's regular business activities as a provider of accounts receivable management services, the Company receives clients' funds arising from the collection of accounts placed with the Company. Certain funds are placed in segregated cash accounts and are generally remitted to clients within 30 days. At February 28, 2014 and 2013, funds held on behalf of clients were approximately $2,466,000 and $2,615,000, respectively.

### 11. Leases

The Company leases its facilities under noncancelable operating leases that expire at various dates through 2018. Future minimum payments under capital leases and noncancelable operating leases, with initial or remaining terms of one year or more consists of the following at February 28, 2014:

| Fiscal years ending February 28, | Capital Leases | Operating Leases |
|---|---|---|
| 2015 | $ 11,970 | $ 2,016,003 |
| 2016 | - | 1,270,545 |
| 2017 | - | 531,434 |
| 2018 | - | 327,842 |
| 2019 | - | 62,715 |
| Total | 11,970 | $ 4,208,539 |
| Less amount representing interest | 625 | |
| Present Value of Minimum Lease Payments | $ 11,345 | |

Leased assets with a net book value as of February 28, 2014 and 2013 of $0 and $27,130, respectively, are included in property and equipment in the accompanying consolidated balance sheets.

Rent expense under operating lease was approximately $2,197,000 and $2,164,000 for the years ended February 28, 2014 and 2013, respectively.

### 12. Employee Compensation Plans

*Employee Retirement Plan*

The Company has a contributory defined contribution retirement plan covering employees who are over 21 years of age and have completed six months of service. Effective January 1, 2009 the Company matches 100% of the first 3% of wages contributed and 50% of the next 2% of wages contributed to the plan through salary deferral. Total employer contributions for the years ended February 28, 2014 and 2013 were approximately 359,000 and 350,000, respectively.

CONFIDENTIAL - PROTECTIVE ORDER

# EOS Holdings (USA), Inc. and Subsidiary
## (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Notes to Consolidated Financial Statements

*Deferred Compensation Plan*

During fiscal year 2011, the Company established a deferred compensation plan for certain employees. The plan establishes performance based criteria for determining the annual amount to be credited to the employees' deferred compensation accounts by the Company. The amounts credited to the employee accounts are subject to vesting criteria as defined in the plan. The employees are subject to continued employment with the Company during the vesting period to be eligible for payment of the deferred compensation. Accordingly, the Company records compensation expense for annual awards in each year earned. During fiscal year 2014, the Company determined the current year deferred compensation award to be $385,000 and considered achievement of a potential five-year cumulative target award of $67,000 to be probable. Compensation expense related to these awards will be recorded over the respective vesting periods. The Company recorded $452,000 and $265,000 of compensation expense related to this plan during the years ended February 28, 2014 and 2013, respectively.

## 13. Commitments and Contingencies

*Legal Proceedings*

The Company is subject to various claims and legal actions which arise in the ordinary course of business. Management believes that the outcome of such legal actions and proceedings, individually or in the aggregate, will not have a material adverse effect on the Company's financial condition or results of operations.

## 14. Business and Credit Concentrations

Customers that individually comprised greater than 10% of revenue and/or accounts receivable are summarized in the following table:

| Years ended February 28, | 2014 | 2013 |
|---|---|---|
| **Revenue** | | |
| Customer A | **40%** | 27% |

| Years ended February 28, | 2014 | 2013 |
|---|---|---|
| **Accounts receivable** | | |
| Customer A | **50%** | 33% |
| Customer B | **17%** | 14% |
| Customer C | **11%** | 12% |

## 15. Fair Value Measurements

The Company follows the provisions of ASC 820-10 (Prior Authoritative Guidance: SFAS No. 157, *"Fair Value Measurements"*) for financial assets and financial liabilities. ASC 820-10 defines fair value, establishes a framework for measuring fair value in accordance with generally accepted accounting principles and expands disclosures about fair value measurements.

ASC 820-10 defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants. ASC 820-10 establishes

CONFIDENTIAL - PROTECTIVE ORDER

# EOS Holdings (USA), Inc. and Subsidiary
## (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Notes to Consolidated Financial Statements

a fair value hierarchy for valuation inputs that gives the highest priority to quoted prices in active markets for identical assets or liabilities and the lowest priority to unobservable inputs.

The fair value hierarchy is as follows:

Level 1 - Inputs utilize quoted prices (unadjusted) in active markets for identical assets or liabilities that the Company has the ability to access.

Level 2 - Inputs utilize data points that are observable such as quoted prices, interest rates and yield curves.

Level 3 - Inputs are unobservable data points for the asset or liability, and include situations where there is little, if any, market activity for the asset or liability.

Fair value measurements for the put option related to AffordaCare, Inc. acquisition are based on Level 3 inputs as discussed in Note 5.

The Company has no other amounts subject to fair value measurements.

## 16. Subsequent Events

The Company has evaluated all transactions and events after the balance sheet date through June 30, 2014, the date these financial statements were available to be issued.

*The remainder of this page intentionally left blank.*

CONFIDENTIAL - PROTECTIVE ORDER

## Supplementary Information

CONFIDENTIAL - PROTECTIVE ORDER



Tel:  617-422-0700
Fax:  617-422-0909
www.bdo.com

Two International Place
Boston, MA 02110-1745

## Independent Auditor's Report On Supplementary Information

Our audits of the consolidated financial statements included in the preceding section of this report were performed for the purpose of forming an opinion on those statements taken as a whole. The supplementary information presented in the following section of this report is presented for purposes of additional analysis and is not a required part of the consolidated financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the consolidated financial statements. The information has been subjected to the auditing procedures applied in the audits of the consolidated financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the consolidated financial statements or to the consolidated financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the consolidated financial statements taken as a whole.

BDO USA, LLP

June 30, 2014

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

CONFIDENTIAL - PROTECTIVE ORDER

# EOS Holdings (USA), Inc. and Subsidiary
## (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Consolidating Balance Sheet

| *February 28, 2014* | EOS Holdings (USA), Inc. | Collecto, Inc. | Eliminations | EOS Holdings (USA), Inc. Consolidated |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and Cash Equivalents | $ - | $ 11,347,478 | $ - | $ 11,347,478 |
| Accounts Receivable, net of allowance for doubtful accounts | - | 6,649,462 | | 6,649,462 |
| Unbilled Receivables | - | 2,330,782 | - | 2,330,782 |
| Investments in Receivable Portfolios, net | - | 18,071,163 | - | 18,071,163 |
| Prepaid Expenses and Other Assets | - | 1,533,785 | - | 1,533,785 |
| Affiliate Receivable | - | 3,177,999 | - | 3,177,999 |
| Affiliate Loan Receivable | - | 2,000,000 | - | 2,000,000 |
| Investment in Collecto | 65,680,444 | - | (65,680,444) | - |
| Deferred Tax Assets | 117,864 | 314,193 | - | 432,057 |
| Property and Equipment, net | - | 2,780,012 | - | 2,780,012 |
| Intangible Assets, net | - | 4,047,939 | - | 4,047,939 |
| Goodwill | - | 32,706,493 | - | 32,706,493 |
| **Total Assets** | $ 65,798,308 | $ 84,959,306 | $ (65,680,444) | $ 85,077,170 |
| | | | | |
| **Liabilities and Equity** | | | | |
| Accounts Payable | $ - | $ 2,005,010 | $ - | $ 2,005,010 |
| Accrued Expenses | 573,695 | 8,469,165 | - | 9,042,860 |
| Affiliate Payable | - | 544,002 | - | 544,002 |
| Funds Held on Behalf of Clients | - | 2,465,727 | - | 2,465,727 |
| Income Tax Payable | 456 | 2,138,581 | - | 2,139,037 |
| Affiliate Payable (Receivable) | 21,568,602 | (21,568,602) | - | - |
| Capital Lease Obligations | - | 11,345 | - | 11,345 |
| Related Party Debt | 17,351,187 | 25,213,634 | - | 42,564,821 |
| **Total Liabilities** | 39,493,940 | 19,278,862 | - | 58,772,802 |
| | | | | |
| **Equity:** | | | | |
| Common stock | 10 | 5,000 | (5,000) | 10 |
| Additional paid-in capital | 17,704,535 | 38,781,674 | (38,781,674) | 17,704,535 |
| Retained earnings | 8,599,823 | 26,893,770 | (26,893,770) | 8,599,823 |
| **Total Equity** | 26,304,368 | 65,680,444 | (65,680,444) | 26,304,368 |
| **Total Liabilities and Equity** | $ 65,798,308 | $ 84,959,306 | $ (65,680,444) | $ 85,077,170 |

*See accompanying independent auditor's report on supplementary information.*

CONFIDENTIAL - PROTECTIVE ORDER

## EOS Holdings (USA), Inc. and Subsidiary
### (a wholly owned subsidiary of EOS International Beteiligungs-Verwaltungsgesellschaft mbH)

### Consolidating Statement of Income

| Year ended February 28, 2014 | EOS Holdings (USA), Inc | Collecto, Inc. | Eliminations | EOS Holdings (USA), Inc. Consolidated |
|---|---|---|---|---|
| Revenue | $            - | $ 101,996,387 | $            - | $ 101,996,387 |
| Cost of Revenue | - | 59,834,261 | - | 59,834,261 |
| Gross profit | - | 42,162,126 | - | 42,162,126 |
| Selling, General, and Administrative Expenses | 621,032 | 26,655,062 | - | 27,276,094 |
| Amortization of Intangible Assets | - | 835,776 | - | 835,776 |
| Operating income | (621,032) | 14,671,288 | - | 14,050,256 |
| Interest Expense, net | (401,380) | (1,367,208) | - | (1,768,588) |
| Other Income | - | 259,313 | - | 259,313 |
| Income From Subsidiary | 8,562,374 | - | (8,562,374) | - |
| Income Before Income Taxes | 7,539,962 | 13,563,393 | (8,562,374) | 12,540,981 |
| Income Tax Expense | 3,647 | 5,001,019 | - | 5,004,666 |
| Net Income | $ 7,536,315 | $ 8,562,374 | $ (8,562,374) | $ 7,536,315 |

*See accompanying independent auditor's report on supplementary information.*

26

CONFIDENTIAL - PROTECTIVE ORDER