UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

_____

David Annunziato
on behalf of himself and all others similarly situated,        No. 12-CV 3609
                                                                (ADS)(AKT)
       Plaintiff,

              -against –

Collecto, Inc.

       Defendant.
_____


    **I JOSEPH MAURO**, pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the following is true and correct

    1. I am attorney duly licensed in the State of New York and the United States District Court for the Eastern District of New York.

    2. I draft this affirmation to submit with the Plaintiff's Motion for Summary Judgment.

    3. I have compiled the Exhibits attached hereto.

    4. Exhibit A is the Defendant's Response to the Plaintiff's Rule 56.1 Affidavit that I received from Defendant.

    5. Exhibit B is the Defendant's Response to the Plaintiff's Requests for Admission that I received from the Defendant.

    6. Exhibit C is the letter dated May 16, 2012 that Plaintiff asserts he received from the Defendant, and which the Defendant admits sending to the Plaintiff.

    7. Exhibit D are portions of the deposition transcript of the Defendant.

8. Exhibit E is a joint letter submitted to the Court asserting certain facts upon which the parties agree, and which the Court has SO ORDERED.

9. Exhibit F is the Audited Financial Statement that I received from the Defendant during the course of this litigation.

10. Exhibit G are the Responses to Plaintiff's Interrogatories that I received from the Defendant during the course of this litigation.

11. Exhibit H is an Affidavit of the Defendant that I received from the Defendant during the course of this litigation.

Dated: November 16, 2015
     West Islip, NY        /S/ JOSEPH MAURO
                                 Joseph Mauro
                                 The Law Office of Joseph Mauro, LLC
                                 306 McCall Ave.
                                 West Islip, NY 11795
                                 (631) 669-0921